IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOS

**RECEIVED**

AUG 1 2 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Kevin Riley,
Kenneth Smith

      Plaintiff,


      V.

Keith Nygren,
Daniel J. Sedlock Jr

COMPLAINT
Civil Action No.___

**08 C 5 0 1 69**
Reinhard

## I. JURISDICTION & VENUE

1.   This is a civil action authorized by 42 U.S.C section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief persuant to 28 U.S.C Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.   The Northern District of Illinois is an appropriate venue under 28 U.S.C section 1391 (b)(2) because it is where the events giving rise to this claim occured.

## II PLAINTIFFS

3.   Plaintiff Kevin m. Riley, Kenneth e. Smith, is and was at all

times mention ed pretrial detainees of the State of Illinois in custody of Mchenry County Correctional Center. He is currently confined in Mchenry County Jail, in Woodstock, Illinois.

## III. DEFENDANTS

4.     Defendant Keith Nygren is the Sheriff of Mchenry County Jail in Woodstock, Illinois. He is legally responsible for the overall operation of the facility and each officer under its jurisdiction.

5.     Defendant Daniel J. Sedlock Jr. is the Chief of Corrections of Mchenry County Jail he is legally responsible for the operation of Mchenry County Jail and the welfare of all the inmates / pretrial detainees of the facility.

6.     Each defendant is sued in his official capacity. At all times mentioned in this complaint each defendant acted under the color of the State law.

## IV FACTS

7.     Pretrial detainees are required to purchase the religious book the Qur'an while christian books such as the bible are passed out free of charge, also there are no regular Muslim services offered while there are several Christian based groups including bible study during the week, Celebrate recovery on Saturday, and regular church on Sunday. This is an infringement of the first amendment rights. under the establishment clause, the goverment cant encourage people to be religious, or chose one religion over another.

8.    Our cells are routinely searched without detainees being present the court stated that "at least untill **or unless** [Petioner] can show a pattern of violence or other disruptions taxing the powers of control -- a kind of showing not remotely approached by the wardens expressions -- the security arguement for banishing Inmates while their rooms are searched must be rejected" 439 I. Supp., at 149 the court of appeals agreed with the district court. It saw "no reason whatsoever not to permit a detainee to observe the search of his room and belongings from a reasonable distance although the court permitted the removal of any detainee who became obstructive" 573 F. 2d, at 132 see Jones v North Carolina prisoners' labor Union. Though anytime a "Shakedown" is preformed we are removed from the area till the searches are completed violating the fourth Amendment of the detainees. (see 20 administrative code 701.70 A-C)

9.    Also I bring to the courts attention the improper classification of Inmates, misdemeanor and felony offenders are housed together, there is no distintion as to short-term long-term detainees, past record, type of offense committed, violent non-violent background, age or any other factor. Coupled with the fact Mchenry County Jail housed state and federal detainees together on the same sections, this is a blatent disreguard for the safty & security of all detainees housed here.

10.    Next issue is the inadequate and arbitrary Grievance & disiplinary hearing process. When a grievance is written there is no specific form, no copy is given to the detainee as proof, no carbon copy forms. There is no outside entity, counselor who is an impartial particiant even when the grievance continues up the chain of command, no outside representative is ever present. The grievances are routinely returned Unfounded even when based on provable facts. When the grievances are sent up the chain of command no investigation

is undertaken. I would also like to add grievances do not go all the way up the chain of command nor does it get to the Sheriff as is our right as detainees, and if it is sent directly there it is thrown out for not following the proper chain of command. In reguards to the disiplinary & hearing process a minor violation you can not appeal nor can you grievance if you are found guilty with no witnesses, explination, or hearing. Major violations are heard by two correctional officers who are co-workers with the correctional officer who wrote the disiplinary write up to begin with. Again there is no outside employee, counselor ect who is an imparcial participant in the hearing process. The Chief of Corrections must sign off on the verdict & the punishment yet he's the only person you can appeal that verdict to and his decision is final. The entire process is inherently bias towards the detainee and there are no checks and balances in place to prevent corruption or ensure a fair and imparcial hearing detainees are **guaranteed**. (See exhibe A-E)

11.    Next are the unsafe and unsanitary living conditions of Mchenry County Jail we as detainees are entitled to sanitary toilet facilitys DeSpain v. Uphoff 264 F.3d 965 (10th Cir. 2001). The toilets all back up into eachother in the facility housing the detainees when ever they are flushed so fecal matter and other waste byproducts are re-deposited in the toilets causing foul & repugnant odors and turning the toilet water into stagnant water, which is the breeding ground for all type of bacteria, airborne and otherwise there are also a large number of insect which come up through the drains, including but not limited to sewer flies which can spread the bacteria. Generally it combines to create a dangerous, unsafe, and unpleasant living enviroment for the detainee. Under the court of Appeals "compelling necessity" standard "deprivation of the rights of detainees cannot be justified by the cries of fiscal necessity ... administrative convenience ... or by the cold comfort that conditions in other jails are worse." 573 F.2d at 124 (see exibits    -

12. This facility is not designed for long term pretrial detainees, there are no chairs the only seats are stools that are 12 inches in diameter also the stools have no backs, therefore it is lumbar or back support causing detainees to hunch over leading to future back problems. The shoes detainees are provided and required to wear have no arch support causing constant pain & discomfort, also the shoes have no inside cushion. There are a large group of pretrial detainees who are long term detainees and have been detained a year or longer and are still awaiting trial but the living conditions are not designed or equipped for them. The beds have no springs it is a slab of steel and the mattress is grossly inadequate. All the recreational & living supplies are designed to talor to short term detainees, therefore long term detainees suffer in the process. (refer to exhibits  - )

13. Next, I would like to adress a violation of both the due process clause and pretrial detainees first Amendment right, since 1974 courts have repeatedly held that due process forbids denying detainees the right "to shake hands with a friend, to kiss a wife, or to fondle a child". Rhem v. Malcolm (Rhem I) 371 F. Supp 594 626 (S.D.N.Y.), AFF'd 507 F. 2d 333 (2d Cir 1974), Accord Wolfish v. Levi, 573 F. 2d 118, 126 n 16 (2d Cir)(recognizing first Amendment right), Rhem v. Malcolm (Rhem II) 527 F.2d 1041, 1043 (2d Cir 1975), The court at 573 F. 2d 118 affirmed Wolfish v. levi in part and reversed it in part but held specifically that pretrial detainees have a first Amendment right to Contact visits. See id at 126 n. 16. Yet pretrial detainees are denied this fundemental right. The visits are conducted through computer monitors and video camera, the court went on to say In sum it is too late in the day to suggest that it does not offend the constitution not to permit pretrial detainees contact visits.

14. Lastly, I would like to address a violation of Illinois Administrative code 701.250 reguarding commisary. 701.250 Section

(c) clearly state those for the same articles sold in local community stores, nor shall the postal supplies exceed those for the same articles sold at the local post office. Included here in is a copy of Mchenry County Commissary price list as proof of the over charging of detainees on almost not all the items (see exhibit **F**)

# V. EXAUSTION OF LEGAL REMEDIES

15    Plaintiff Kevin Riley, Kenneth Smith used the grievance procedure available at Mchenry County Jail to try and solve the problem, on several dates including but not limited to 2-10-08, 2-11-08, 6-19-08. On 2-11-08, 2-12-08 and 7-2-08 I received responses the 2-11-08, & 2-12-08 Grievances were returned unfounded. The 7-2-08 Grievance pertaining to Contact Visits was returned stating Contact Visits require court orders, and I have enclosed all responses I have I appealed the denial of these grievances.

# VI. LEGAL CLAIMS

16.    Plaintiffs reallege and Incorporate by reference paragraphs 1-15

17.    The preferential treatment of the Christian Religion over Muslim religion, the Unsafe & Unsanitary living conditions, the searching of pretrial detainees cells without detainee cells, Inadequate & arbitrary, Grievance, disiplinary procedure, denial of contact visitation, the improper classification of detainees state & federal, and finally the lack of proper conditions to house long term pretrial detainees violated Plaintiff Kevin Riley & Kenneth Smith's rights and constituded a due process violation under the First, fourth, and the

fourteenth Am...

18.    The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VII. PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that this court enter judgement granting plaintiffs:

19.    A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution of the United States.

20.    A preliminary and permanent injunction ordering defendants Keith Nygen and Daniel J. Sedlock Jr. to cease video visitation, and reinstate contact visitation to pretrial detainees, create and institute proper classification process, fix the unsafe and unsanitary living conditions, provide long term pretrial detainees with an environment to suit there extended time in custody (ie. proper foot ware, chairs, beds ect.) Provide all religious books & services, and provide detainees with a fair and impartial Grievance & disiplinary procedure.

21.    A jury trial on all issues triable by jury

22.    Plaintiff costs in this suit.

21.    Any additional relief this court deems just, proper, and equitable.


Dated

       Respectfully Submitted

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to those matters alleged on information and belief, and, as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Woodstock, Illinois on

Kevin Kiley

Kenneth Smith

8-3-08

**OFFICIAL SEAL**
**FRANK A MALES III**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/10

*Continued on back*

**EXHIBIT A**

15 30

## McHenry County Adult Correctional Facility
### INMATE REQUEST

NAME: Kevin Riley          Booking I.D. #: 34992

DATE: 2/10/08          CELL #: 2/111

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION
BELOW, ONE REQUEST PER SHEET.

REQUEST

| | |
|---|---|
| _____ | MEDICAL ATTENTION |
| _____ | CHAPLAIN ASSISTANCE |
| _____ | REQUEST TO SEE PUBLIC DEFENDER |
| _____ | MENTAL HEALTH COUNSELOR |
| X | OTHER REQUEST ATTN LT. |

REMARKS: On 10-21-07 I was extracted from my cell this cell extraction wasn't
tape recorded as required by Illinois State law after speaking with my attorney
saying he informed me all cell extractions are required to be recorded for
both the inmates protection and officers protection, this was not done
during this cell extraction while I was in handcuffs I was beaten in the head and
face area my medical files show or should show 2 lumps one on or about my temple *Continued on back*

OFFICER RECEIVING REPORT: _Jeops_          ID # 1361    TIME 1145
ACTION TAKEN: _____ Ref to Sgt. _____

REFERRED TO: _____          DATE _____ TIME _____
ACTION TAKEN: _____
                    OFFICER _____          ID # _____

REFERRED TO: _____          DATE _____ TIME _____
ACTION TAKEN: _____
                    OFFICER _____          ID # _____

rice on the _____ on or about the jaw bone 40's present beated untill I was handcuffed then and ce struck me several time in my face. Sgt Males was present for this incident and I'm sure a report was filed I have been subjected to continuing harrassment from Sgt Males and the other like conduct. I was just recently informed that is, Sgt. and McHenry County Jail is required to record all cell extraction per Illinois State laws for an Inmate's other protection I would like to know why this was not one I would like a copy of my medical file and copies made available for my attorney plus a copy of the Incident Report for 0-21-07 for a possible Civil court proceeding I believe that along with other incidents, there my property removed from my cell and distroyed on two seprate occasion, The continual harrassment & of Minor and Major violation I minors in 5min plus 2 majors in the same 24 hours period shows and documents the continued and intentional persecution of e by several 40 plus the on duty Sgt's I was informed prior to have tickets by Sgt Males that I will be going to SEG for my suppoed involvement of a theft on block 2 section 2 yet I didn't receive any ticket for that but I did recieve several tickets subsequent to the Sgt statement. I believe I'm being unfairly persecuted by Sgt Males in particular and several to are being told to _____, or harrass me by direct or _____ Under the insistance of Sgt Males. I feel all of this should be taken into consideration. I'm Inmate rights (as jail inmate) & are being violated by not following the Illinois State guidelines regarding cell extraction, and the General treatment of Inmates I wrote a grievance pertaining to the cell extraction incident prior to this yet never heard any response. I have tried to talk to all 40 present but again was met with no solutions. I said please request a formal response all prior attempts to resolve this have been un successful. I would like a copy placed in my file.        Thank you

(EXHIBIT B)

(Grievance)

Continued on back

## McHenry County Adult Correctional Facility
## INMATE REQUEST

NAME: Kevin Riley          Booking I.D. #: 34982

DATE: _____  CELL #: _____

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION
BELOW, ONE REQUEST PER SHEET.

REQUEST

| | | |
|---|---|---|
| _____ | MEDICAL ATTENTION | |
| _____ | CHAPLAIN ASSISTANCE | |
| _____ | REQUEST TO SEE PUBLIC DEFENDER | |
| _____ | MENTAL HEALTH COUNSELOR | |
| X | OTHER REQUEST ATTN C/O KNOX | |

REMARKS: I wrote you a request over the week end pertaining
to the continuing and escalating harassment and Unfair persecution
of me at the hands of several C/O and certain SGT this problem is continuing
I have just received two more Major violations all pertaining to an
alleged theft I received no ticket or violation for this theft yet it
was brought up in both tickets Just to bias the board both times

Continued on back

OFFICER RECEIVING REPORT: Murphy          ID # 1352  TIME ____

ACTION TAKEN: _____

REFERRED TO:_____  DATE _____  TIME _____
ACTION TAKEN: _____
                    OFFICER_____  ID # _____

REFERRED TO:_____  DATE _____  TIME _____
ACTION TAKEN: _____
                    OFFICER_____  ID # _____

re frivolous, or to
adgent envelopes. Only a few of the envelopes in my property were not indexed
or sent were from commissary there are no set limits listed in the Inmate
rule book as to the guidelines of excessive if they are going to held
inmates to a standard and use that as a basis for confiscating and
destroying my personal property I should be informed what is
that guideline and whats over the line. The second frivolous ticket
pertains to disrupting the orderly operation of this facility due
to having excessive Inmate envelopes I don't see how my possession
of commissary envelopes can be a disruption of the orderly operation
of this facility this I believe just goes to demonstrate the continuing
and ongoing harassment, abuse, and flagrant misuse of the
inmate grievance System. I would please request to speak with
me regarding this issue I believe all these "Major" and "Minor"
violations go to show the length one of the Yo and SGT will
go just to set me up I believe I'm being intentionally mistreated
and the tickets are just flagrant violations or my rights
and the truth to get me in Seg for my part in an alleged
theft though none of my tickets are for this "theft" It state
on both the tickets I received today and I quote "Inmate
Liby was suspected of stealing commissary see IR# 08-0204"
the alleged theft which none of the tickets are for is just
engineered to bias the board and Insure I do not receive
a fair hearing that is a violation or my Inmate rights
Am guaranteed a fair hearing which I cannot and
will not receive. I believe they are using the system
to certainly charge me for this alleged theft this is a violation
of my inmate rights. I have received 1 major 1 minor in 7
months now and in 24 hours I received 4 majors and 2 minors I
believe that proves my point of abuse and harrasment please
respond.     Thank You

*SGT MALES*
*ATTN*

*SGT MALE J*
*MALE J*
*ATTN*

## McHenry County Adult Correctional Facility

### INMATE REQUEST

*Continued on Back*
*SGT MALES*

*EXHIBIT C*

NAME: Kevin Riley          Booking I.D. #: 34982

DATE: 2/11/08          CELL #: 2/111

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION
BELOW, ONE REQUEST PER SHEET.

| REQUEST | | |
|---|---|---|
| | _____ | MEDICAL ATTENTION |
| | _____ | CHAPLAIN ASSISTANCE |
| | _____ | REQUEST TO SEE PUBLIC DEFENDER |
| | _____ | MENTAL HEALTH COUNSELOR |
| | X | OTHER REQUEST Grievance. York and Blazer |

*! follow up Grievance!*

REMARKS: I wrote a Grievance pertaining to a beating I recieved by the cell extraction team and I took no response from the Sgt about this grievance. The Grievance procedure was followed I have medical files to back up what I said Sgt Males was present and therefore involved in the Grievance yet he answered the Grievance Verbally refused to give me a formal response and informed me I would be recieving a Major violation for

OFFICER RECEIVING REPORT: _____ ID # _____ TIME _____
ACTION TAKEN: _____

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

2/11/08 You have not followed the correct channels.

living false I have the medical files in my medical history
o back up my statement the Nurse checked me right after the
cell extraction and marked all the lumps on my medical... SGT
Mates is just trying to cover up his involvement or condonement of this
action by threatening me with a Major violation I don't care I have
been harassed and Intimidate enough by this governing system to
not be Intimidated any more. I am denied my basic rights and when I
exercise those rights I am given Major after Major as retaliation
can document this by the amount of paperwork SGT Mates and
the second shift 7a under SGT Mates have given me in the past
2 days I have received 5 major violation and 2 minor violations.
When I do bring up valid points in my Grievances I am given
Major violation as retribution for bring those issues to light
had a valid point when I wrote that during all cell extractions it
Required they be video taped when I was extracted from
my cell on 10-21-07 it was not the SGT Mates made reference to
a video tape I would like a copy of said video tape made
available for my attorney as part of a civil case for harassment
& abuse by McLeary County Jail and specific
for the abuse containing a mocelating community and
how its being to substantiate his posture against me or
other people. All my rights are being violated by SGT Mates
I feel the fact SGT Mates can answer and reply to a
grievance against him this is a conflict of interest of course
he will find it invalid or disregarded I would like a
formal copy and written response to that grievance as
well as this one for my army and further documentation
in this on going problem. I spoke with SGT Mates reguarding
my Grievance he refused to afford me a written response this is
a follow up! Thank You.

Grievance: (exhibit)

*Exhibit D*

[EXHIBIT D.]

## McHenry County Adult Correctional Facility

### INMATE REQUEST

Continued on Back

NAME: Kevin Riley          Booking I.D. #: 34982

DATE: 6-19-08          CELL #: 2/B 145

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION
BELOW, ONE REQUEST PER SHEET.

REQUEST
| | | |
|---|---|---|
| _____ | MEDICAL ATTENTION | |
| _____ | CHAPLAIN ASSISTANCE | |
| _____ | REQUEST TO SEE PUBLIC DEFENDER | |
| _____ | MENTAL HEALTH COUNSELOR | |
| X | OTHER REQUEST | |

REMARKS: I would like to bring to your attention several points in which McHenry County is violating the rights of pretrial detainees which we request as a group be fixed. Let's begin with the Unsanitary Conditions, Secondly the Unfair and Improper disciplinary action, and finally the Improper living conditions for those long term Pretrial Inmates.

To begin with the Unsanitary living conditions we have put several request 2 Maintance @ request

OFFICER RECEIVING REPORT: Quislall          ID # 1791 TIME 02:00
ACTION TAKEN: Forward to Admin

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

REFERRED TO: _____ DATE _____ TIME _____
ACTION TAKEN: _____
OFFICER _____ ID # _____

to fix the plumbing the fecal matter backs up into all the other cells, when one cell flushes there toilet. This is highly unsanitary and can spread airborne bacteria and disease turning toilets into stagnant water. No attempt has been made to fix the problem at all. Staff infection and several other seriously debilitating diseases can e-posed due to fecal matter and waste by products.

Secondly I would like to address the Unfair & Improper disiplinary & Grievance process. When we are disiplined we are not afforded a copy of the Incident report, the written explanation is less then a sentence and refers you to the IR# which we are not given a copy of. The ticket is heard by So rather then any outside board the intire process is set up bias to the Inmate. Also the Grievance process is not in the least bit effective the grievances are not on ceprate forms so we are not given carbon copys as proof that it was even written. When they are answered they are handled by regular correctional officers who are bias towards the So since they work directly with the officers. your writing up and even when they are valid based in provable fact not speculation they are still returned Unfaunded. When you do continue up the chain it remains Unfaunded and dosen't even go all the way to the deputy Chief or Sheriff which is our Right and if we send it straight there it is thrown out for not following the proper chain of command.

Finally the living conditions for long term pretrial Inmates are Improper the slippers have no arch support, the metal stools don't have any 'lumbar' (back) support so you have to remain stooped over causing long term back problems. The beds have no springs and the mattress provides no support for long term pretrial Inmates this is a violation of our rights these living conditions I have been one for over 11 months and are starting to feel the side effects of these iduerse living conditions.

So In conclusion I feel the totality of all the Issues the Unsanitary Conditions. the Unfair & Improper disiplinary and Grievance process coupled with the Improper living conditions for long term pretrial Inmates all combine to take away our rights under the 5th & 14th Amendments the Due process Clause. I have attempted to speak with the Sos about this matter but their reply is its the administration who makes those rules no solution can be reached at this level. I would like a formal cause and a written response    Thank You.

EXHIBIT D )
Continued

## McHENRY COUNTY SHERIFF'S DEPARTMENT
### BUREAU OF CORRECTIONS

DATE:      02 July 2008

TO:         Inmate Kevin Riley

FROM:     Lt. T. Jeeninga  *Lt. T. Jeeninga/172*

SUBJECT:  **Grievance dated 19 June 2008**

I have received your grievance concerning your allegations of unsanitary conditions, unfair disciplinary action and improper living conditions.

Maintenance has been advised of the plumbing problem and they are working on correcting the problem. I have been advised that they will be putting in flow restricting devises to correct the back up into adjoining toilets.

McHenry County follows the Illinois County Jail Standards disciplinary procedures. Section 701.160 a) 4) B) states you shall be given notice of the charge, including a statement of the misconduct alleged and rules violated. This is written on the Major ticket you receive with the rule violation prior to your disciplinary hearing.

Per Section 701.160 a) 4) A) the jail administrator may establish a disciplinary board to hear and determine the charges. The person initiating the charge cannot serve on the board that will be determining the charge.

The board reviews the reports, your testimony and will interview any witnesses you may have. The board then impartially determines the disposition of the charges.

All clothing and shoes issued, along with the housing furniture conforms to the standards set forth in the Illinois County Jail Standards.

*/ EXHIBIT E /*

# McHenry County Adult Correctional Facility

## INMATE REQUEST

NAME: _Kevin Riley_          Booking I.D. #: _34982_

DATE: _6-21-08_          CELL #: _2/148_

PLACE AND X NEXT TO THE ITEM YOU ARE REQUESTING AND GIVE A BRIEF EXPLANATION
BELOW, ONE REQUEST PER SHEET.

REQUEST

| | |
|---|---|
| _____ | MEDICAL ATTENTION |
| _____ | CHAPLAIN ASSISTANCE |
| _____ | REQUEST TO SEE PUBLIC DEFENDER |
| _____ | MENTAL HEALTH COUNSELOR |
| __X__ | OTHER REQUEST _Grievance_ |

REMARKS: _I would like to bring to your attention a serious issue and a fundamental error in Marcera v. Chinland & Miller v. Carson the court of appeals states as pre-trial detainees we have a constitutional right to contact visits which we are being denied by McHenty County Jail facility. I would like a formal written response. No on duty officer could give me an answer I was refered to Administration rules & guidelines_

OFFICER RECEIVING REPORT: _Simudeur 1791_          ID # _1791_   TIME _07:00_

ACTION TAKEN: _Forward to Admin_

_WE REQUIRE A COURT ORDER FOR CONTACT VISITS._

REFERRED TO: _____ DATE _____ TIME _____

ACTION TAKEN: _____

OFFICER _R. T. Junga_          ID # _1132_

REFERRED TO: _____ DATE _____ TIME _____

ACTION TAKEN: _____

OFFICER _____          ID # _____

EXHIBIT F

## EXHIBIT F /
## CANTEEN COMMISSARY STORES LIST
### McHENRY COUNTY JAIL

By placing a scanner order you authorize the Sheriff to charge your personal funds for the cost of the goods you receive. Count your property before returning to your cell. Prices are subject to change without notice. Orders will be delivered when ready. No inmate may order for another inmate. All orders will be signed by the person placing the order. You must enter I.D.#, Block#, & Cell# on your scanner order form. Commissary is not delivered on Holidays. Commissary that is delivered after an inmate has been released will be held for 30 days. If it has not been picked up within the 30 days it will be destroyed. (Rev. 06/03/2008)
**No Refunds/Exchanges on Damaged Merchandise.**

Order at your own risk.

| # | HYGIENE ITEMS | PRICE |
|---|---|---|
| 1451 | Ivory Soap | $ 1.20 |
| 1490 | Black & White Soap | $ 2.40 |
| | | |
| 1332 | DOVE SOAP | $ 1.70 |
| 1329 | IRISH SPRING SOAP | $ 1.10 |
| 1121 | Colgate toothpaste | $ 2.90 |
| 1389 | 4 oz. SKIN LOTION | $ 1.90 |
| | | |
| 5300 | Soft/Beautiful Relaxer | $ 11.00 |
| 1368 | BLISTEX | $ 1.50 |
| 1500 | Loops Flex Toothbrush | $ 1.65 |
| 1126 | SPORT STICK | $ 3.50 |
| 1305 | Mennon SPEED STICK | $ 3.00 |
| 1124 | LADY SPEED STICK | $ 3.00 |
| 1311 | Suave Anti-Perspirant | $ 3.60 |
| 3151 | Landers Bergamont | $ 3.30 |
| 1113 | Gel Curl Activator | $ 4.25 |
| 1404 | 5" POCKET COMB. | $ 0.15 |
| 5556 | 4 oz. CONDITIONER | $ 1.10 |
| 1310 | Pro Hair Food | $ 2.50 |
| 1348 | 4 oz. Petroleum Jelly | $ 1.50 |
| 1350 | Pomade | $ 3.25 |
| 1584 | Pony Tail Holder (1) | $ 0.20 |
| 5555 | 4 oz. Shampoo | $ 1.10 |
| 1411 | Suave Shamp/Cond. | $ 3.30 |
| 1202 | 11oz Dandruff Shampoo | $ 3.60 |
| 1314 | Sulpher 8 Conditioner | $ 5.75 |
| 1308 | SUAVE SHAMPOO | $ 1.65 |
| 1309 | SUAVE CONDITIONER | $ 1.65 |
| 1345 | 4oz. Baby Oil | $ 1.35 |
| 1346 | 4oz. Baby Powder | $ 1.40 |
| 1359 | 4 oz. Cocoa Butter | $ 1.20 |

| # | HYGIENE (cont) | PRICE |
|---|---|---|
| 1356 | Noxzema 2.5oz. | $ 3.30 |
| 1363 | FOOT POWDER | $ 1.65 |
| 1427 | 2tab ANTACID | $ 0.30 |
| 1384 | Anti Fungal Cream | $ 3.20 |
| 0201 | 9tab COUGH DROPS | $ 1.05 |
| 1382 | 100 ct. VITAMINS | $ 5.50 |
| 1389 | EYE DROPS | $ 2.75 |
| 1414 | SALINE SOLUTION | $ 4.95 |
| 1379 | 2tabs Acetaminophen | $ 0.35 |
| 1429 | 6 tabs Denture Cleaner | $ 0.90 |
| 1335 | Close Up Toothpaste | $ 2.05 |
| 1321 | UltraBrite Toothpaste | $ 1.65 |
| 6080 | Denture Adhesive | $ 4.95 |
| 1343 | Mouthwash | $ 1.25 |
| 1325 | Shaving Cream Tube | $ 2.50 |
| 1324 | Magic Shave Tube | $ 4.65 |
| 1113 | Gel Curl Activator | $ 4.25 |
| 1805 | DOUCHE | $ 2.75 |
| 1813 | PANTY LINERS | $ 3.30 |
| 0003 | SHOWER CAP | $ 0.35 |
| 6292 | Shower Shoes MED | $ 1.65 |
| 6293 | Shower Shoes LARGE | $ 1.65 |
| 6294 | Shower Shoes XL | $ 1.65 |

| SNACKS- Lmt.25all | PRICE |
|---|---|

| # | MISCELLANEOUS | PRICE |
|---|---|---|
| 3010 | SKETCH PAD | $ 2.00 |
| 3009 | 9X12 ENVELOPE | $ 0.40 |
| 3014 | LEGAL PAD | $ 1.30 |
| 3251 | PENCIL TOP ERASER | $ 0.15 |
| 3203 | Birthday Card | $ 1.25 |
| 3218 | Friendship Card | $ 1.25 |
| 3218 | Special Occ. Card * | $ 1.25 |
| 3217 | Birthday Card-Spnsh | $ 1.25 |
| 3237 | Friendship Card-Spnsh | $ 1.25 |
| 3016 | Pocket Dictionary | $ 2.85 |
| 3022 | Spanish Dictionary | $ 2.85 |
| 7236 | Quran | $ 12.65 |
| 6004 | Puzzle Book- no choice | $ 2.00 |
| 3021 | STAMPED ENVELOPE | $ 0.51 |
| 3003 | PENCIL W/O ERASER | $ 0.25 |
| 3001 | 10 pack STAMPS | $ 4.10 |
| 3019 | FOLDER | $ 0.50 |
| 3307 | PLAYING CARDS | $ 2.00 |
| 3303 | UNO CARDS | $ 8.05 |
| | | |
| 9000 | Intern'l Phone Card | $20.00 |

**No refunds for products damaged during shipping!**
**All sales are final!**
**Order at your own risk.**
**Canteen may substitute items without notice!**
**Prices may change without notice!**

**Card Rules**

No choice in the card type or style.

Requests are not taken. All cards are sold with a stamped envelope.

*Special Occaision Card types can be ordered during their appropriate season:*

Valentines
Easter
Mothers Day
Fathers Day
Halloween
Thanksgiving Day
Christmas Day

**ITEM LIMITS**
Acetaminophen:7pks
Cough Drops: 7pks
Antacid: 2rolls
AntiFungal Cr. 1

Relaxer Kit:1Kit
9x12 env:5 envelopes

EYE DROPS: 1
Shaving Cream:1tube
Magic Shave: 1 tube
Toothbrush: 1

# CANTEEN COMMISSARY STORES LIST
## McHENRY COUNTY JAIL

| # | CANDY - LMT. 20all | PRICE |
|---|---|---|
| 2002 | Reese's PB Sticks | $ 0.85 |
| 2001 | NUTRAGEOUS | $ 0.85 |
| 0152 | PAYDAY | $ 0.85 |
| 0113 | THREE MUSKETEERS | $ 0.85 |
| 0203 | Five Flavor Savers Roll | $ 0.85 |
| 6110 | ATOMIC FIRE BALLS | $ 1.10 |
| 0148 | BABY RUTH | $ 0.85 |
| 0120 | BREATH MINT ROLL | $ 0.85 |
| 0205 | BUTTERFINGER | $ 0.85 |
| 0121 | Butterscotch Buttons | $ 1.10 |
| 2004 | HERSHEY PLAIN | $ 0.85 |
| 0117 | JOLLY RANCHER | $ 1.15 |
| 0131 | KIT KAT | $ 0.85 |
| 0103 | LEMON DROPS | $ 1.10 |
| 0104 | M&M PLAIN | $ 0.85 |
| 0105 | M&M Peanut | $ 0.85 |
| 0017 | MILKY WAY | $ 0.85 |
| 0114 | NESTLE CRUNCH | $ 0.85 |
| 0112 | PEANUT BUTTER CUP | $ 0.85 |
| 5043 | ROOTBEER BARRELS | $ 1.10 |
| 0141 | SKITTLES | $ 0.85 |
| 0107 | SNICKERS | $ 0.85 |
| 0102 | SOUR FRUIT BALLS | $ 0.85 |
| 2003 | STARBURST | $ 0.85 |
| 3560 | STARLIGHT MINTS | $ 1.10 |
| 0132 | Sugar Free hard candy | $ 1.30 |
| 0101 | LICORICE | $ 0.85 |
| 0151 | ALMOND JOY | $ 0.85 |

| # | SNACKS- Lmt.25all | PRICE |
|---|---|---|
| 9104 | Inst. Noodles Chicken | $ 1.00 |
| 9101 | Inst. Noodles Beef | $ 1.00 |
| 9100 | Instant Shrimp Soup | $ 1.00 |

| # | | PRICE |
|---|---|---|
| 6109 | APPLE PIE | $ 1.05 |
| 1630 | CHERRY PIE | $ 1.05 |
| 1631 | CHEESE DANISH | $ 1.10 |
| 6108 | HONEY BUN | $ 0.90 |
| 3540 | Nacho Cheese Dip | $ 2.30 |
| 6110 | MINI DONUTS | $ 0.95 |
| 1628 | FUDGE BROWNIE | $ 0.85 |
| 6106 | CINNAMON ROLL | $ 1.00 |
| 1685 | COMBOS | $ 0.90 |
| 2006 | Flour Tortillas | $ 2.05 |
| 1669 | Hot & spicey saus 5oz | $ 2.90 |
| 1681 | Salami Sausage 5oz | $ 2.90 |
| 9136 | Beef & Cheese Stick | $ 1.05 |
| 6628 | CHEESE SQUEEZE | $ 0.60 |
| 9210 | Sliced Pepperoni 3oz | $ 2.60 |
| 0124 | Slim Jims Twin pak | $ 1.05 |
| 5030 | Beef Jerky Bag. 1oz. | $ 1.75 |
| 5022 | Summer Sausage 2.7oz | $ 1.75 |
| 6102 | Choc/Ch Cookie 2Pak | $ 0.60 |
| 1671 | Chocolate Cookies 5oz | $ 1.15 |
| 6104 | OATMEAL COOKIES | $ 1.15 |
| 1600 | Dunkin Sticks 6ct | $ 2.30 |
| 1623 | Duplex Crème Cookie | $ 0.80 |
| 9202 | OAT/HONEY Granola | $ 0.75 |
| 9203 | GRANOLA BAR | $ 0.75 |
| 6126 | LD Fudge Round Box | $ 2.30 |
| 2790 | LD Nutty Bar Box | $ 2.30 |
| 0277 | LD Swiss Rolls Box | $ 2.30 |
| 0276 | LD ZEBRA CAKE BOX | $ 2.30 |
| 0278 | LD Brownie Box | $ 2.30 |
| 1627 | Moon Pie Choc 2.75oz | $ 0.60 |
| 6606 | OREO COOKIES | $ 0.75 |
| 1660 | PopTarts2ct No choice | $ 0.80 |
| 6122 | Mrshmllw. Crispy Treat | $ 0.85 |
| 1672 | Lemon Cookies 5 oz. | $ 1.15 |
| 9147 | P/B SQUEEZE | $ 0.60 |
| 1604 | Cheddar Fries | $ 0.75 |
| 5008 | Graham Crackers | $ 0.70 |
| 6632 | Crunch & Munch 1oz. | $ 0.80 |
| 1606 | Hot Fries | $ 0.70 |

| # | SNACKS (CONT.) | PRICE |
|---|---|---|
| 1677 | CHIPS- BBQ | $ 0.80 |
| 1635 | CHEETOS | $ 0.80 |
| 2007 | CHEETOS- HOT | $ 0.80 |
| 1616 | DORITOS | $ 0.80 |
| 1615 | FRITOS | $ 0.80 |
| 1614 | CHIPS- PLAIN | $ 0.80 |
| 9120 | SALTINES 16 oz. Box | $ 2.50 |
| 6602 | CHEESE & CRKRS | $ 0.55 |
| 6602 | PRETZELS | $ 0.75 |
| 5040 | Hot Pork Skins | $ 1.30 |
| 5027 | CHIPS- JALEPENO | $ 0.80 |
| 5034 | GARDETTOS | $ 0.80 |
| 6616 | P/B CHEESE CRKRS | $ 0.50 |
| 6603 | Wht Cheddar popcorn | $ 0.70 |
| 5039 | WHEAT THINS | $ 0.75 |
| 2032 | Cashews 5.5oz | $ 2.00 |
| 1601 | Honey roasted pnut 6oz | $ 2.00 |
| 1602 | Spicey Cajun Mix 5oz | $ 2.00 |
| 1603 | PEANUTS | $ 1.50 |
| 1675 | | |

| # | BEVERAGES-Lmt.20all | PRICE |
|---|---|---|
| 2710 | S/f Fruit Punch- 10pk | $ 2.30 |
| 2072 | S/f Lemonade- 10pk | $ 2.30 |
| 2700 | S/f Ice Tea 10pk | $ 2.30 |
| 2073 | S/F Orange- 10pk | $ 2.30 |
| 2071 | S/F Blk. Cherry-10pk | $ 2.30 |
| 2110 | CHERRY MIX | $ 0.30 |
| 2112 | LEMONADE MIX | $ 0.30 |
| 2109 | ORANGE MIX | $ 0.30 |
| 2111 | FRUIT PUNCH MIX | $ 0.30 |
| 6132 | GRAPE MIX | $ 0.30 |
| 2113 | Ice Tea w/lemon sugar | $ 0.30 |

No refunds for products damaged during shippi
All sales final!

Order at your own risk.

Rev. 05/05/2008



Kevin Riley

United States Courthouse
211 South Court Street
Rockford, ILLINOIS 61101