IN THE ~~CIRCUIT~~ United States COURT FOR THE __7th__ JUDICIAL COURT

__Winnebago__ COUNTY, ILLINOIS

FILED
AUG 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kevin Riley, Petitioner,

v.

Keith Nygren, Respondent.

No. ____

08 C 50169

Reinhard

## APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, __Kevin Riley__, respectfully requests the Court, pursuant to Illinois Revised Statutes, ch. 110, sec. 5-105 [after 1992 see 735 ILCS 5/5-105] and Rule 298 of the Illinois Supreme Court, to grant (him/her) leave to (sue/defend) as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the (**Petitioner**/Respondent) in the above captioned legal proceedings.
2. I am a poor person and unable to (**prosecute**/defend) this action and am unable to pay the costs, fees and expenses of this action.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at __McHenry County Jail__ ~~Correctional Center~~ but I receive (a state stipend/nominal wages) of $ __0__ per month.
   (b) The amount and source of all other income or support are: __None__

4. My total income for the preceding year was $ __0__.
5. The sources and amount of income expected by me hereafter are: __Unknown__
6. The nature and current value of any property, real or personal, owned by me:
   (a) Real Estate: __0__
        value: $ __0__
   (b) Motor Vehicle: __None__
        value: $ __0__
   (c) Cash, savings, checking, etc. __None__
        value: $ __0__
   (d) Prison trust account: __None__
        value: $ __-70__
   (e) Other (eg., T.V., etc.) __None__
        value: $ __0__
7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows:
   __None__
8. I believe in good faith that I have a meritorious (**claim**/defense).

(Your signature)

Type or print name __Kevin Riley__
Register Number: ____
____ Correctional Center
Box __Woodstock__, Illinois __60098__
(**Petitioner**/Respondent), Pro Se

2200 N. Seminary Ave
Woodstock, IL 60098
McHenry County Jail

A

## VERIFICATION OF CERTIFICATION

I, **Kevin Riley**, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter;
2. I have read the foregoing application and have knowledge of its contents; and
3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_____
(Your signature)

ORDER

OFFICIAL SEAL
FRANK A MALES III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/10

8-3-08

The foregoing application is:

_____ Granted

_____ Denied

_____
Judge, Circuit Court